IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BEVERLY W. SPEARS AND <br> ANTHONY SPEARS <br> PLAINTIFFS <br><br> VS. <br><br> LOUISIANA BUREAU OF CREDIT <br> CONTROL, INC. , JOHN G. POTEET, JR. (A <br> PROFESSIONAL LAW CORPORATION) <br> AND JOHN G. POTEET, JR. <br> DEFENDANTS | CIVIL ACTION NO. _____ <br><br> COMPLAINT AND DEMAND FOR <br> A JURY TRIAL |

**COMPLAINT**

I. Introduction

1. This is an action for damages brought by an individual consumers for Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

III. PARTIES

3. Plaintiff, Beverly W. Spears, is a natural person residing in the Parish of East Baton Rouge, Louisiana, and is a "consumer" as defined under the Fair Debt Collection Practices Act.

4. Plaintiff, Anthony Spears, is a natural person residing in the Parish of East Baton Rouge, Louisiana, and is a "consumer" as defined under the Fair Debt Collection Practices Act.

5. Defendant, Louisiana Bureau of Credit Control, Inc. (hereinafter referred to as "LBCC"), is a domestic corporation authorized to do and doing business in the state of Louisiana, whose registered agent for service of process is Robert J. Richardson, 1729 Blanchet Drive, Lafayette, Louisiana 70501. Defendant LBCC, at all times relevant hereto, regularly attempted to collect debts due or alleged to be due another.

6. Defendant, John G. Poteet, Jr. (A Professional Law Corporation) (hereinafter referred

to as "Poteet APLC"), is a professional law corporation authorized to do and doing business in the state of Louisiana, whose registered agent for service of process is John G. Poteet, Jr., 406 Old Settlement Road, Lafayette, LA 70508. Defendant Poteet APLC, at all times relevant hereto, regularly attempted to collect debts due or alleged to be due another.

7. Defendant, John G. Poteet, Jr. (hereinafter referred to as "Poteet"), is an attorney licensed to practice law in the state of Louisiana, whose office is located at 708 W. University Drive, Suite 100A, Lafayette, Louisiana 70506. Defendant Poteet, at all times relevant hereto, regularly attempted to collect debts due or alleged to be due another.

## IV. FACTUAL ALLEGATIONS

8. On or about October 25, 2012, Defendants LBCC, Poteet APLC and Poteet (hereinafter collectively referred to as "defendants") had plaintiffs served with a lawsuit filed on behalf of LBCC, naming plaintiffs as the defendants, in the matter entitled "Louisiana Bureau of Credit Control, Inc. v. Beverly W. Spears and Anthony Spears," Number 12-08385-D, City Court of Baton Rouge, Parish of East Baton Rouge, State of Louisiana (hereinafter referred to as the "lawsuit").

9. This lawsuit was filed in the City Court of Baton Rouge and was attempting to collect a sum of money allegedly due LBCC on a credit card account in Beverly W. Spears' name only, the use of which by plaintiff Beverly W. Spears was solely for personal, family, or household purposes.

10. LBCC claims to have acquired this account while it was in default from a credit card bank, believed to be Chase Bank, which was alleged to be the previous owner of the account.

11. LBCC is in the business of purchasing hundreds of defaulted credit card accounts every year and thereafter attempting to collect on them from numerous consumers.

12. Poteet and Poteet APLC collect or attempt to collect hundreds of defaulted debts from consumers on behalf of entities such as LBCC, and other original creditors, every year.

13. At all times relevant hereto which includes from the time this credit card was opened through the present, plaintiffs resided in East Baton Rouge Parish but outside of the city limits of the city of Baton Rouge.

14. Plaintiff Beverly W. Spears did not sign any contract for the credit card account sued upon in the lawsuit in the city of Baton Rouge.

15. Plaintiffs thereafter hired an attorney to defend this suit, which resulted in the lawsuit being transferred to a court which was a proper venue after plaintiffs had filed a declinatory exception of improper venue.

16. Plaintiff Anthony Spears was never liable for this account since he had never opened this account, and he learned of this lawsuit on October 25, 2012.

17. As a proximate result of the foregoing acts and omissions of Defendants, plaintiffs have suffered actual damages and injury, including, but not limited to, stress, humiliation, extreme mental anguish and suffering, emotional distress, and attorney's fees and costs for defending the lawsuit for which they should be compensated in amounts to be proven at trial.

18. The foregoing acts and omissions of Defendants constitute violations of the FDCPA, including but not limited to, Sections 1692e2, 1692e(5), and 1692i.

19. Plaintiffs are entitled to recover actual damages, statutory damages, reasonable attorney's fees, and costs.

WHEREFORE, Plaintiffs respectfully request that judgment be entered against the Defendants for:

    a. Additional damages;

    b. Actual damages;

    c. Attorney fees, litigation expenses and costs; and

    d. Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

BY ATTORNEY:

S/Garth J. Ridge
**GARTH J. RIDGE**
Bar Roll Number 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700

E-Mail Address: GarthRidge@aol.com